

# Fourth Court of Appeals
## San Antonio, Texas

June 8, 2021

No. 04-21-00165-CV

### IN THE INTEREST OF X.S., X.S., AND X.S., CHILDREN

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI15931
Honorable Laura Salinas, Judge Presiding

## O R D E R

Geraldine Pinessette-Scantland, indigent and proceeding pro se, has appealed the trial court's decree of divorce rendered after a bench trial. The clerk's record has been filed; however, no reporter's record of the final merits hearing has been filed.

The case was filed in the 408th Judicial District Court of Bexar County; however, the final hearing on the merits was presided over by the Honorable Laura Salinas, presiding judge of the 166th Judicial District Court of Bexar County. The Final Decree of Divorce, signed on March 30, 2021, recites that the trial was held on February 25, 2021, and that "the record of the testimony was duly reported by the court reporter for the 408th Judicial District Court." The Judge's Notes contained in the clerk's record state the trial on the merits was held February 24, 2021, and that the record was taken by Debra Jimenez.

Court reporters Craig Carter, the official reporter of the 408th Judicial District Court, and Debra Jimenez, the official reporter of the 166th Judicial District Court, have both filed letters with this court stating they did not take a record of the trial on the merits in this case. Jimenez advised that no record was taken.

We **abate** this appeal and remand the case for the trial court to conduct a hearing and resolve the conflicts between the court reporters' statements, the recitations in the Final Decree of Divorce, and the Judge's Notes. We **order** the trial court to conduct a hearing and make written findings as to the following:

1. whether the trial on the merits was held February 24, 2021, or February 25, 2021;
2. whether a record made of the trial on the merits;
3. if a record was made, the identity of the court reporter who took the record;
4. if no record was made, whether the parties waived the making of a record with consent of the court and whether any party objected to the absence of a record.

We **order** the trial court to give notice of the hearing to all parties and counsel who were present at the trial on the merits. We further **order** the court to conduct the hearing and make its findings by **June 29, 2021**. We **order** the Bexar County District Clerk to file a supplemental record containing the trial court's written findings within five days of the date the findings are signed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court